# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAYNE GARDNER,** on behalf of himself and all others similarly situated, *Plaintiff,* | **CIVIL ACTION** |
| v. | **No. 19-2179** |
| **WELTMAN, WEINBERG & REIS, CO., LPA,** *et al.,* *Defendants.* | |

## ORDER

**AND NOW**, this 24th day of October 2019, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 13), Plaintiff's Response (ECF No. 16), Defendant's Reply (ECF No. 17), Defendant's Notice of Supplemental Authority (ECF No. 19), Plaintiff's Sur-Reply (ECF No. 20), and oral argument held on October 3, 2019, it is hereby **ORDERED** that Defendant's Motion for Judgment on the Pleadings (ECF No. 13) is **GRANTED**.

All matters having been disposed of, the Clerk is directed to close this matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE